IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | NO: 6:24-CR-125 |
| § | |
| MARK MAZZARE, M.D. § | |

## ORDER

Came to be considered the Government's Unopposed Motion to Unseal. The Court, having considered the same, finds the motion is meritorious and should, in all things be granted. It is therefore

ORDERED that this case shall be UNSEALED.

**So ORDERED and SIGNED this 21st day of October, 2024.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE