IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:24-CR-125 |
| | § | JUDGE LOVE |
| MARK MAZZARE, M.D. (01) | § | |

## NOTICE OF APPEARANCE OF COUNSEL

The United States of America hereby designates the following Assistant Chief as co-counsel in this case, and respectfully request that the same be noted by the Clerk of the Court and that this attorney be added to the list of counsel in this case to receive all future notices, orders, and filings via the Court's CM/ECF system:

Brynn A. Schiess
Pennsylvania State Bar No. 320654
Assistant Chief
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: (202) 374-3484
Email: Brynn.Schiess@usdoj.gov

        Respectfully submitted,

        DAMIEN M. DIGGS
        UNITED STATES ATTORNEY

        /s/   Brynn A. Schiess
        Brynn A. Schiess, Assistant Chief
        Pennsylvania State Bar No. 320654
        1100 Commerce Street, Suite 300
        Dallas, Texas 75242
        Tel: (202) 374-3484
        Brynn.Schiess@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was electronically served on all counsel of record by way of the Court's CM/ECF system on the 22th day of October 2024.

*/s/ Brynn A. Schiess*
Brynn A. Schiess
Assistant Chief
