| | |
|---|---|
| DATE: | 12/2/2024 |
| LOCATION: | Tyler |
| JUDGE: | JOHN D. LOVE |
| DEP.CLERK: | S. Baum |
| RPTR/ECRO: | S. Baum |
| USPO: | K. Wallace |
| INTERPRETER: | |
| START TIME: | 2:14 |
| END TIME: | 2:36 |

CASE NUMBER 6:24-CR-00125-JCB

UNITED STATES OF AMERICA
V.
MARK MAZZARE, M.D.

Robert Wells   Louis Leichter
Brynn Schiess

| | | | |
|---|---|---|---|
| ☐ | Indictment Unsealed all dfts | ☐ | Interpreter |
| ☐ | Indictment Unsealed this dft only | | |

## INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| ☑ | Initial Appearance called | ☑ | Initial Appearance held |
| ☑ | Dft Appears with counsel | ☐ | Dft Appears without counsel |
| ☑ | Date of Arrest: 12/2/2024 | ☐ | Dft's first appearance with counsel |
| ☑ | Dft advised of charges | ☐ | Dft advised of right to counsel |
| ☑ | Dft advised of maximum penalties | ☑ | Dft advised of right to remain silent |
| ☐ | Dft request appointed counsel, is sworn & examined re: financial status | ☐ | Court finds Dft eligible and appoints: |
| ☐ | Gvt Oral Motion for Detention | ☐ | Gvt Oral Motion for Continuance of Detention Hearing |
| ☑ | Order of Conditions of Release | ☑ | Bond set $50,000 |
| ☑ | Waiver of ~~Detention~~ Indictment | | |
| ☐ | Order of Temporary Detention | ☑ | Plea ~~Detention~~ Hearing set for: 12/16 @ 2:00 |
| ☐ | Order of Detention | ☑ | Arraignment Hearing set for: 12/16 @ 2:00 |
| ☐ | Dft remanded to the custody of the US Marshal | | |

## ARRAIGNMENT

| | | | |
|---|---|---|---|
| ☐ | Arraignment waived in open court | ☐ | Arraignment held on indictment: All counts |
| ☑ | Dft placed under oath | ☐ | Dft physically/mentally ready |
| ☑ | Dft received copy of charges | ☑ | Dft discussed charges with counsel |
| ☐ | Charges read | ☑ | Dft waived reading of charges |
| ☐ | No pressure to plead | | |
| ☐ | Dft enters a not guilty plea to all counts | | |
| ☐ | Discovery orders entered | ☐ | Jury selection trial set |
| ☐ | Dft remanded to the custody of the US Marshal | ☑ | Dft continued on bond |