Original

UNITED STATES DISTRICT COURT  No 00708
FOR THE
EASTERN DISTRICT OF TEXAS

at _Tyler_

United States of America vs. _Mark Mazzart_
Case No. _6:24-cr-125-1_

Received on the behalf of the United States from:
Name: _Probation_
Address: _____

Collateral:

☐ Passport No. _132256353_
Name: _Mark Mazzart_
Address: _____

☐ Other: _____

Surrendered by
Signature & Date: _H. Welton_

Receipt is hereby acknowledged by
Signature & Date: _AS Mayfield_
Deputy Clerk, US District Court

Return or Disposition:

☐ The collateral above was returned to the original individual on _____.

_____    _____
Signature              Deputy Clerk Signature

☐ Disposition was made on the collateral above to:
(attach proof of disposition documentation to this receipt):

_____

_____
Deputy Clerk Signature and Date

Please retain a copy of this receipt for proof of surrender.