| | |
|---|---|
| DATE: | 12/16/2024 |
| LOCATION: | Tyler |
| JUDGE: | JOHN D. LOVE |
| DEP.CLERK: | S. Baum |
| RPTR/ECRO: | S. Baum |
| USPO: | |
| INTERPRETER: | |
| START TIME: | 2:09 |
| END TIME: | 2:41 |

CASE NUMBER 6:24-CR-00125-JCB

UNITED STATES OF AMERICA
V.
MARK MAZZARE M.D.

Bob Wells      Louis Lichter
Bryan Ehues    Jerry Morris

| | | | |
|---|---|---|---|
| ☐ | Indictment Unsealed all dfts | ☐ | Interpreter |
| ☐ | Indictment Unsealed this dft only | | |

## INITIAL APPEARANCE/PLEA TO INFORMATION

| | | | |
|---|---|---|---|
| ☐ | Initial Appearance called on information | ☐ | Initial Appearance held |
| ☐ | Dft Appears with counsel | ☐ | Dft Appears without counsel |
| ☐ | Date of Arrest: | ☐ | Dft's first appearance with counsel |
| ☑ | Dft advised of charges | ☐ | Dft advised of right to counsel |
| ☑ | Dft advised of maximum penalties | ☐ | Dft advised of right to remain silent |
| ☐ | Dft request appointed counsel, is sworn & examined re: financial status | ☐ | Court finds Dft eligible and appoints: |
| ☐ | Gvt Oral Motion for Detention | ☐ | Gvt Oral Motion for Continuance of Detention Hearing |
| ☐ | Order of Conditions of Release | ☐ | Bond set |
| ☐ | Waiver of Detention | ☐ | Waiver of Indictment |
| ☐ | Order of Temporary Detention | ☐ | |
| ☐ | Order of Detention | ☐ | |

## PLEA TO INFORMATION

| | | | |
|---|---|---|---|
| ☑ | Dft placed under oath | ☑ | Dft physically/mentally ready |
| ☑ | Dft received copy of charges | ☑ | Dft discussed charges with counsel |
| ☐ | Charges read | ☑ | Dft waived reading of charges |
| ☑ | Consent to plead before US Magistrate Judge | ☑ | Parties waive their objection period |
| ☑ | No pressure to plead | ☑ | Factual Basis established |
| ☑ | Dft enters a guilty plea to all counts | ☑ | Court finds plea voluntary, knowledgeable and that it has a basis in fact |
| ☑ | Plea Agreement accepted and filed | ☑ | Elements of Offense |
| ☐ | Dft remanded to the custody of the US Marshal | ☑ | Dft continued on bond |