IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 6:24-CR-125 |
| MARK MAZZARE, M.D. | § § | |

### PRELIMINARY ORDER OF FORFEITURE

On December 16, 2024, the defendant, **Mark Mazzare, M.D.**, pleaded guilty to Count One of an information, which charges a violation of 18 U.S.C. § 371, and consented to forfeit $3,444,750.00 in United States currency, and all interest and property traceable thereto, representing the amount of property involved in the offense alleged in Count One of an information, for which defendant is personally liable, pursuant to 18 U.S.C. § 982(a)(7) and 28 U.S.C. § 2461(c).

The government has filed a motion for preliminary order of forfeiture for a cash proceeds money judgment against the defendant in the amount of $3,444,750.00.

Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

Accordingly, the Court **orders** that:

1.      The defendant, **Mark Mazzare, M.D.**, shall forfeit to the United States the amount of $3,444,750.00 in United States currency and all interest and proceeds traceable thereto, representing the amount of property involved in the offense, or any property

traceable to such property, for which he is personally liable, pursuant to 18 U.S.C. § 982(a)(7) and 28 U.S.C. § 2461(c).

2. This order shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment, pursuant to Fed. R. Crim. P. 32.2(b)(4).

3. The United States may, at any time, move to amend this order of forfeiture to include substitute property having a value not to exceed $3,444,750.00 to satisfy the cash proceeds money judgment in whole or in part.

4. Because the forfeiture consists only of a money judgment for cash proceeds obtained by the defendant, no ancillary proceeding is required to adjudicate the interests of third parties in the forfeited property, pursuant to Rule 32.2(c)(1).

5. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

**So ORDERED and SIGNED this 18th day of December, 2024.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE