IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 6:24-cr-00125 |
| MARK MAZZARE, M.D. (01) | |

## NOTICE OF APPEARANCE FOR THE UNITED STATES OF AMERICA

The United States of America files this Notice of Appearance designating Ethan Womble, Trial Attorney, United States Department of Justice, Criminal Division, Fraud Section, as co-counsel for the United States in this matter. The United States requests that all notices relating to this case be sent to the undersigned.

Respectfully submitted,

JAY R. COMBS
ACTING UNITED STATES ATTORNEY

LORINDA LARYEA
ACTING CHIEF, FRAUD SECTION

*/s/ Ethan Womble*
ETHAN WOMBLE
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
State Bar No. 24102757
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel: 202-674-5653
Fax: 214-659-8809
Email: ethan.womble@usdoj.gov